IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-60793

_____


LINDA NICHOLS; TANYATAMEIKA JACKSON;
BENNIE SMITH; VICKI MCNEIL,

Plaintiffs - Appellees,

versus

CITY OF CANTON, MISSISSIPPI; ET AL.,

Defendants,

CITY OF CANTON, MISSISSIPPI,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No.3:00-CV-110-LN
_____

March 18, 2003

Before REAVLEY, JOLLY, and JONES, Circuit Judges.

PER CURIAM:[*]

After consideration of the briefs, the oral arguments, and

the record in this case and, in particular, after having reviewed

National Railroad Passenger Corp. v. Morgan, 536 U.S. 101 (2002),

we are convinced that the plaintiffs' claims were not time-barred

and that the jury's finding of liability in this case should not

---

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

be disturbed.  We agree with the appellants that in some instances the district court allowed unfairly prejudicial evidence against the city into the record.  We have thoroughly considered these evidentiary errors and have concluded that they were harmless in the light of the overwhelming relevant evidence that supports the verdict.  Finally, given the egregious nature of the conduct of Canton Police Chief Milton Luckett and the severe and pervasive hostile work environment that his actions created, we are slightly surprised that the amount of the damage awards was no greater – the surprisingly low amount perhaps attributable to the skill of the city's attorneys.  Nevertheless, based on our somewhat-varying precedents upholding damage awards, we cannot say that the jury's award of damages was unreasonable.  Consequently, the jury verdict and the judgment of the district court are, in all respects,

AFFIRMED.